# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  03-80039-CR-HURLEY

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

**v.**

**RICKY KINWARD MANNING,**
      **Defendant.**
---------------------------------------------/

### ORDER ADOPTING REPORT AND
### RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States

Probation Office and upon the Report and Recommendations of a United States Magistrate

Judge, [DE 71].   Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1.  The Magistrate Judge's Report and Recommendations is **adopted**.

2.  A sentencing hearing will be conducted on  **Tuesday,  March 21, 2017  at 10:00 a.m.**

Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 9th day of

March, 2017.

**Copies furnished:**
All Counsel of Record

_____
      Daniel T. K. Hurley
United States District Judge